*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| ELISA GOMEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>GRANDMA TONY'S PIZZA, INC.<br>            Defendant. | JUDGMENT IN A CIVIL CASE<br>Case No.   CV-04-93-TUC-RCC |

**DECISION BY JURY.**  This action came on for trial before a jury. The issues have been heard and considered and a verdict having been rendered.

**IT IS ORDERED AND ADJUDGED,** that judgment is entered in favor of the Defendant and against the Plaintiff.

July 7, 2006                               RICHARD H. WEARE
Date                                       DCE/CLERK

                                           *[signature]*
                                           (By)   Deputy Clerk-M. Gorski

CC:   RCC, COUNSEL